FILED
OCT 24 2016
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>One Large Black "Protégé" Duffel bag, one Large Blue and Black "P" Duffel bag, one Black Cloth Briefcase, now located at 2929 3rd Ave. N., Ste. 528, Billings, MT 59101 | MJ 16- 109-B16-CSO<br><br>ORDER SEALING CASE |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it including the Application, Search Warrant, and Affidavit filed herein are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 24 day of October, 2016.

CAROLYN S. OSTBY
United States Magistrate Judge